```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
LUIGI GIROTTO,                                             :
:
                     Plaintiff,                        :
:       19-CV-919 (VSB)
       -against-                              :
:       **ORDER**
FIRST LLC, et. al.,                                        :
:
                    Defendants.                    :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that this case has been settled, and the parties have agreed to a six-month payment schedule. (Doc. 24.) Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made on or before March 31, 2021.

SO ORDERED.

Dated: September 11, 2020
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge